COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ramona Mayon v. Benson William Robertson Junior

Appellate case number:   01-18-00822-CV

Trial court case number:  462524

Trial court:             Probate Court No 4 of Harris County

The reporter's record was originally due on October 8, 2018. The court reporter advised this Court on October 12, 2018 that appellant had not requested the reporter's record or made financial arrangements for the filing of the reporter's record. But the clerk's record contains a request for the reporter's record, filed on September 7, 2018, that requests a record of hearings held on August 6, 2018 and on August 9, 2018. The clerk's record further contains appellant's statement of inability to afford costs on appeal. Thus, appellant has requested the reporter's record and is not required to pay the fee for the reporter's record.

Accordingly, the Court **ORDERS** the court reporter to file the reporter's record of the August 6 and August 9 hearings **on or before February 22, 2019**.

Appellant's brief will be due within 30 days of the filing of the reporter's record.

It is so ORDERED.

Judge's signature: ___/s/ Peter Kelly_____
                    ☒  Acting individually    ☐  Acting for the Court

Date:  _January 23, 2019_____